```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                              CASE NO. 07 B 10541
      EDD L BROWN
                                                       CHAPTER 13

                                                       JUDGE: BRUCE W BLACK
              Debtor
      SSN XXX-XX-7187


   ----------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
   ----------------------------------------------------------------------------------
          Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the adminstration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 06/12/07 .

      2.  The case was dismissed without confirmation, 10/26/2007.

      3.  The Debtor paid a total of $    2040.00 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHRISTINA MARIE EARL | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| MONEY CONTROL | UNSECURED | NOT FILED | .00 | .00 |
| BUSINESS OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CONSOLIDATED FINANCIAL F | UNSECURED | NOT FILED | .00 | .00 |
| COV NAC | UNSECURED | NOT FILED | .00 | .00 |
| STEPHEN P MORIMOTO DDS | UNSECURED | NOT FILED | .00 | .00 |
| DUKES MEMORIAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS EXCHANGE | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLLECTION AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NOVAMED EYE SURGERY CENT | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| RISK MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| TRI COUNTY ANESTHESIA AS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID                    .00         .00         .00         .00         .00
INTEREST PAID                     .00         .00         .00         .00         .00
TOTAL PAID                        .00         .00         .00         .00         .00
```

The Debtor's attorney, ALONZO H ZAHOUR            , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $   2040.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/10/08                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE